UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-23736

MATTHEW MCDONALD,

    Plaintiff,

vs.

DARLING INGREDIENTS, INC.,

    Defendant.

_____/

14-CV-23736-Cooke/Torres

**SUMMONS IN A CIVIL ACTION**

TO:     DARLING INGREDIENTS, INC.
        c/o CT Corporation System, its Registered Agent
        1200 S. Pine Island Rd.
        Plantation, FL 33324

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        8603 S. Dixie Highway, Suite 408
        Miami, FL 33143
        Tel:    (305) 230-4884
        Fax:   (305) 230-4844
        brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **October 10, 2014**


Steven M. Larimore
Clerk of Court

SUMMONS
s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts