UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-23736-TORRES (CONSENT CASE)

MATTHEW MCDONALD,

    Plaintiff,

vs.

DARLING INGREDIENTS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, MATTHEW MCDONALD, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement and HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 9th day of July, 2015, which will effect service on Jason D. Berkowitz, Esq. and Thomas Mead Santoro, Esq., Jackson Lewis P.C., as *Counsel for Defendant*, jason.berkowitz@jacksonlewis.com and santorot@jacksonlewis.com, One Biscayne Tower, Suite 3500, 2 South Biscayne Boulevard, Miami, FL 3313.

    FAIRLAW FIRM
    *Counsel for Plaintiff*
    8603 S. Dixie Highway, Suite 408
    Miami, FL 33143
    Tel:    305.230.4884
    Fax:    305.230.4844

    *s/Brian H. Pollock, Esq.*
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com